FILED
CLERK, U.S. DISTRICT COURT
JAN 1 2 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PETITIONER,

v.

ALLEN PACE III,

RESPONDENT.

CASE NUMBER CV 04-10057-DT
CR 99-1007-LGB

ORDER RE: CERTIFICATE OF APPEALABILITY

On DEC. 29, 2005 Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

_____

_____

☒ The Certificate of Appealability is **DENIED** for the following reason(s):

☒ There has been no substantial showing of the denial of a constitutional right.

☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.

☐ The appeal seeks to test the validity of the detention pending removal proceedings.

DATED: 1-11-06

DICKRAN TEVRIZIAN
UNITED STATES DISTRICT JUDGE

Entered on ICMS JAN 17 2006

575

CV-79 (07/97)   ORDER RE: CERTIFICATE OF APPEALABILITY