# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATED OF AMERICA,<br><br>                              PLAINTIFF<br>v.<br><br>2) THOMAS LEE JOHNSON,<br><br>                              DEFENDANT(S). | CASE NUMBER<br><br>CR 99-1007-AHS<br><br>ORDER TO ASSIGN/REASSIGN CRIMINAL CASE PURSUANT TO GENERAL ORDER 08-05 |
|---|---|

Pursuant to Section 3.3 of General Order 08-05, Therefore, IT IS HEREBY ORDERED that the above-entitled criminal case be assigned/reassigned to the calendar of Judge  _Margaret M. Morrow_  for all further proceedings as to defendant Thomas Lee Johnson.

October 26, 2011

Date

_[signature]_

Chair, Case Management & Assignment Committee

---

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials __MMM__ after the case number in place of the initials of the prior Judge so that the case number will read __CR 99-1007-MMM__.

This is very important because traditionally filed documents are routed to the assigned Judge by means of the initials.

---

Traditionally filed subsequent documents must be filed at the  ☒ Western  ☐ Southern  ☐ Eastern Division.
         Failure to file at the proper location will result in your documents being returned to you.

cc: ☒ Previous Judge     ☒ Statistics Clerk